UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>    v.<br><br>MOTEL 6 OPERATING LP,<br><br>                Defendant. | CASE NO. C18-337-MJP<br><br>ORDER DENYING STATE OF WASHINGTON'S MOTION FOR ATTORNEYS' FEES |

THIS MATTER comes before the Court on the State of Washington's Motion for Attorneys' Fees. (Dkt. No. 19.) Having reviewed the Motion, the Response (Dkt. No. 23), the Reply (Dkt. No. 25) and all related papers, the Court DENIES the Motion. While Motel 6 failed to establish either that it was "acting under" a federal officer or that it had a colorable federal defense so as to justify a federal forum under 28 U.S.C. § 1442, the Court does not find that its grounds for removal were so objectively unreasonable so as to warrant fees under 28 U.S.C. § 1447(c). Nor does the Court find that Motel 6 sought to remove this case "for the purpose of

prolonging litigation and imposing costs on the opposing party." <u>Martin v. Franklin Capital Corp.</u>, 546 U.S. 132, 140 (2005).

Washington's Motion for Attorneys' Fees is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 28, 2018.

Marsha J. Pechman
United States District Judge